7

June 20, 2021

Ref: Christopher Staton          Case # 18-20323

Dear Clerk of the Court,

Hello, I pray that you and all there in the court are well, safe, and of the best of health in this time of this Corona Virus by God's grace.

Here comes one Christopher Staton, Pro-Se, unskilled, unlearned of the law, requesting the court to accept this as a motion of one uneducated with the lack of knowledge of the letter of the law.

I come today requesting "Help" from this court. I am in the process of preparing a Pro-Se motion concerning the above case number. I have been requesting certain documents from my prior attorney for several months, and I have recently requested my entire discovery file, but have not had any results from my requests. I seek these documents as they are pertinent to my defense.

I request of this court: under the interest of justice: an order to one Attorney Sanford Schulman for release and full disclosure of a copy of "All" legal documents he and his firm may have pertaining to this case number, and any attached case files including any related audio and video files as well. I seek full disclosure of all discovery statements, and any documents that are in the file.

As the court is aware, a defendant should be provided at least one copy of his entire file so he may persue further litigation. I have with due dilegence attempted to contact Attorney

Schulman, but have not been successful in my recent attempts. I have enclosed copies of my correspondence with the attorney.

I ask this court under the interest of justice to grant this motion.

Thank you for your time and understanding.

God Bless,
Christopher Staton
CLSS    6/20/21

TRULINCS 57003039 - STATON, CHRISTOPHER - Unit: DEV-H-B

---

FROM: Schulman, Sanford
TO: 57003039
SUBJECT: RE: Follow Up
DATE: 10/30/2020 03:06:06 PM

Michael Lynch has access to the entire file and we need to coordinate what documents you want and how to get these to you

CHRISTOPHER STATON on 10/26/2020 6:34:48 AM wrote
Good Morning Sir,

I was following up with you to see if you were able to locate those documents for me to review.

Thank you
Chris Staton

TRULINCS 57003039 - STATON, CHRISTOPHER - Unit: DEV-H-B

---

FROM: 57003039
TO: Schulman, Sanford
SUBJECT: Update
DATE: 03/21/2021 06:56:36 AM

Hello Atty. Schulman,

It has been a few months since I have spoken with you. I was checking to see if you were able to locate the indictment and grand jury minutes and also the search warrant for my phone. I don't have these documents and I have no doubt that if they were in your possession that I would have a copy, so I am assuming that Mr. Perkins never sent them to you. Is there a procedure that I can be taken to obtain these documents? Please advise.

Thank you

Chris Staton.

TRULINCS 57003039 - STATON, CHRISTOPHER - Unit: DEV-H-B

---

FROM: 57003039
TO: Schulman, Sanford
SUBJECT:
DATE: 04/21/2021 12:14:12 PM

Hello Attorney Schulman,

I wanted to receive a copy of the discovery package that your told me you had from the Prosecutor's office. I have been requesting from you a copy of the indictment and the search warrant on my cell phone for several months and I know that you said that you did not have those documents and I assumed that Attorney Perkins had failed to send you the complete discovery package, but I was not aware until our last conversation that you had also received discovery from the Prosecutor. I would like to go through the whole package myself. Please let me know what I need to do to receive that discovery package.

Thank you
Chris Staton
April 19, 2021.

57003-039
Christophe Staton
57003-039 Unit H-B
Federal Medical Center Devens
P.O. Box 879
AYER, MA 01432
United States

CERTIFIED MAIL

7004 1160 0006 6945 0287

U.S. MARSHALS

RECEIVED
JUL 12 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of This Court.
Theodoes Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit MI, 48226

7-1-21

RECEIVED
JUL 01 2021
By_____

DATE:
THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FORWARDING TO
YOU. THE LETTER HAS NEITHER BEEN OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
__RISDICTION, YOU MAY WISH TO RETURN THE
__TERIAL FOR FURTHER INFORMATION OR CLARIFICATION.
__HE WRITER ENCLOSES CORRESPONDENCE FOR
__ARDING TO ANOTHER ADDRESSEE, PLEASE
__RN THE ENCLOSURE TO:
__X 879
__S FEDERAL MEDICAL CENTER
A__N, MA. 01432